JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARA FORMAN, individually,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE HANOVER INSURANCE COMPANY, INC., a New Hampshire corporation; ANTHONY LEVY and DOES 1-50, inclusive,<br><br>　　　　Defendants. | Case No.: SACV13-00707-JLS (RNBx)<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

NOW THEREFORE, based on the Stipulation of the parties and good cause appearing therefore, the Court hereby ORDERS that this entire action is dismissed with prejudice.

**SO ORDERED:**

Dated: August 12, 2014

_____
Honorable Josephine L. Staton
United States District Judge